The People of the State of Illinois, Plaintiff-Appellee, *v.* Allen Johnson, Defendant-Appellant.

(No. 56332;

First District (5th Division)—March 16, 1973.

PER CURIAM.

Jerome Feldman and Richard Allan Halprin, both of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and James R. Carlson, Assistant State's Attorneys, of counsel,) for the People.